No. 83–2104.   HOMENS v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 83–2120.   EVANS v. LOCKHEED-GEORGIA CO.   C. A. 11th Cir.   Certiorari denied.

No. 83–2124.   RUTTER ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.

No. 83–2163.   GARTER-BARE CO. ET AL. v. MUNSINGWEAR, INC.   C. A. 9th Cir.   Certiorari denied.

No. 83–6633.   GREEN v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 83–6674.   GRAY v. KING, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–6685.   VICCARONE v. BUCKLEY ET AL.   C. A. 6th Cir. Certiorari denied.

No. 83–6697.   ESSEX v. GARRAGHTY, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 83–6732.   GREGG v. MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 83–6746.   WILLIAMS v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

No. 83–6768.   CRAIG v. SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 83–6788.   STOLLE v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 83–6795.   BRACEWELL v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 83–6797.   JOHNSON v. MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 83–6813.   ROSADO v. LEFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.